UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WEAVER COOKE CONSTRUCTION, LLC,<br>        Appellant<br><br>vs.<br><br>STOCK BUILDING SUPPLY, LLC and NEW BERN RIVERFRONT DEVELOPMENT, LLC,<br>        Appellees. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:17-CV- 545-BR** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Weaver Cooke's appeal is DISMISSED, and its motion for leave to appeal is DENIED. The Clerk is DIRECTED to close the case.

This Judgment filed and entered on March 9, 2018, and copies to:
C. Hamilton Jarrett , III (via CM/ECF electronic notification)
Kelli E. Goss (via CM/ECF electronic notification)
Joseph P. Gram (via CM/ECF electronic notification)
Luke J. Farley (via CM/ECF electronic notification)
A. Todd Brown (via CM/ECF electronic notification)
Ryan George Rich (via CM/ECF electronic notification)
Daniel K. Bryson (via CM/ECF electronic notification)
Jeremy Richard Williams (via CM/ECF electronic notification)
Matthew E. Lee (via CM/ECF electronic notification)
Scott C. Harris (via CM/ECF electronic notification)

March 9, 2018

Peter A. Moore, Jr.
Clerk of Court

By: Susan Edwards
Deputy Clerk